*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 19-BG-894

IN RE RICHARD M. BLANK

A Member of the Bar of the
District of Columbia Court of Appeals          **2019 DDN 205**

**Bar Registration No. 451935**

BEFORE: Thompson and Easterly, Associate Judges, and Steadman, Senior Judge.

### O R D E R
(FILED — December 19, 2019)

On consideration of the certified order of the state of New York indefinitely suspending respondent from the practice of law in that state based on his incapacity to practice law; this court's October 10, 2019, order suspending respondent and directing him to show cause why he should not be indefinitely suspended pursuant to a disability suspension under D.C. Bar R. XI § 13 as reciprocal discipline; and the statement of Disciplinary Counsel; and it appearing that respondent did not file either a response to the court's show cause order or his D.C. Bar R. XI § 14(g) affidavit, it is

ORDERED that Richard M. Blank is hereby indefinitely suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI § 13. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI § 13(g) for reinstatement, as well as D.C. Bar R. XI § 14 relating to suspended attorneys and to the provisions of Rule XI § 16(c) dealing with the timing of eligibility for reinstatement as related to compliance with D.C. Bar R. XI § 14, including the filing of the required affidavit.

**PER CURIAM**